THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Christopher A. James, Appellant.
 
 
 

Appeal From Anderson County
 Roger L. Couch , Circuit Court Judge

Unpublished Opinion No. 2007-UP-156
Submitted April 2, 2007  Filed April 4, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all  Office of the Attorney General, of Columbia; and Solicitor Christina Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Christopher James appeals from his guilty plea to discharging a firearm at or into a dwelling, simple assault, and criminal domestic violence first offense.  His counsel contends the plea failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238 (1969), and was improperly accepted because he disagreed with the factual presentation by the State.  Pursuant to Anders v. California, 386 U.S. 738 (1967), James counsel has filed a petition to be relieved, stating he has reviewed the record and certifies the appeal lacks merit.  After a thorough review pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss James appeal and grant counsels petition to be relieved. 
APPEAL DISMISSED.           
ANDERSON, KITTREDGE, and SHORT, JJ., concur.